**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kaitlyn Kiener,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Owners Insurance Company,<br><br>　　　　　Defendant. | No. CV-25-02962-PHX-JAT<br><br>**ORDER** |

　　　Plaintiff seeks to file a Second Amended Complaint late to cure any jurisdictional questions occasioned by the substitution of a new Defendant. Plaintiff did not file a "motion to amend." Plaintiff also did not file or lodge a second amended complaint – she attached a proposed second amended complaint to a motion regarding jurisdiction.

　　　Excusable neglect having been shown, the Court will permit Plaintiff to file the second amended complaint late under both the deadline set in the scheduling order (Doc. 10) and the Order regarding the first amended complaint (Doc. 16). However, because Plaintiff did not file a motion to amend, the filing of the Second Amended Complaint will be deemed to be Plaintiff's "as a matter of course" amendment. *See* Fed. R. Civ. P. 15.

　　　Accordingly,

　　　**IT IS ORDERED** that Plaintiff's motion for relief from Court deadlines and to prevent remand (Doc. 18) is granted. Plaintiff must file the clean copy of the second amended complaint by January 30, 2026.

　　　**IT IS FURTHER ORDERED** that Defendant Owners Insurance Company must

answer or otherwise respond to the Second Amended Complaint by February 17, 2026.

**IT IS FURTHER ORDERED** that Defendant Owners Insurance company is bound by the deadlines in this Court's scheduling Order (Doc. 10).

Dated this 22nd day of January, 2026.

James A. Teilborg
Senior United States District Judge

- 2 -